# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Sanford D. Bosem et al

Plaintiffs,

V.

Remax Properties LLC et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

**FOR ATTORNEYS FEES**

Case Number: 2:10-CV-0251 GMN-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants are awarded the sum of $3,805.00 in attorneys fees.

May 20, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk